Raj V. Abhyanker
Kuscha Hatami Fard
RAJ ABHYANKER, P.C.
1580 W. El Camino Real, Suite 13
Mountain View, CA 94040
Telephone: 650-965-8731
Facsimile: 650-989-2131

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KEVIN HICKS, LINH LUU and 135 additional Plaintiffs, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br>v.<br><br>FACEBOOK, INC., MORGAN STANLEY & CO. LLC,<br><br>Defendants. | **CASE NO. 12-CV-03353 (MMC)**<br><br>**San Mateo County Superior Court Case No. CIV-514772**<br><br>**CLASS ACTION**<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER** |

## STIPULATION

WHEREAS, on June 28, 2012, defendants removed the above-captioned action (the "Hicks Action"), which asserts claims relating to Defendant Facebook, Inc.'s Initial Public Offering ("IPO") pursuant to Sections 11 and 12(a)(2) of the Securities Act of 1933, from the Superior Court of California, San Mateo County ("San Mateo Superior Court") to the United States District Court for the Northern District of California;

WHEREAS, on June 20, 2012, defendants removed various other actions, including *Lapin v. Facebook, Inc., et al.*, Case No. 12-CV-3195 (MMC); *DeMois v. Facebook, Inc., et al.*, Case No. 12-CV-3196 (MMC); *Lazar v. Facebook, Inc., et al.*, Case No. 12-CV-3199 (MMC); *Shierry v. Facebook, Inc., et al.*, Case No. 12-CV-3200 (MMC); *Cuker, et al. v. Facebook, Inc., et al.*, Case No. 12-CV-3201 (MMC); *Lieber v. Facebook, Inc., et al.*, Case No. 12-CV-3202 (MMC); and *Stokes v. Facebook, Inc., et al.*, Case No. 12-CV-3203 (MMC) (collectively, the "Lazar Actions"), which also assert claims pursuant to Sections 11, 12(a)(2) and 15 of the Securities Act of 1933 relating to Defendant Facebook's IPO, from the San Mateo Superior Court to the United States District Court for the Northern District of California;

WHEREAS, on June 20 and June 21, 2012, the defendants in the Lazar Actions filed motions to stay the Lazar Actions pending a decision on transfer by the Judicial Panel on Multidistrict Litigation (the "MDL Panel"), on July 10, 2012, the plaintiffs in the Lazar Actions filed an opposition to the motions to stay, and on July 18, 2012, the defendants filed a reply in further support of the motions;

WHEREAS, on June 22, 2012, the plaintiffs in the Lazar Actions filed motions to remand the Lazar Actions to San Mateo Superior Court, on July 10, 2012, defendants in the Lazar Actions filed an opposition to the remand motions, and on July 18, 2012, the plaintiffs in the Lazar Actions filed a reply in further support of the motions;

WHEREAS, on July 6, 2012, defendants filed a substantially similar motion to stay the Hicks Action pending the MDL Panel's decision on transfer;

WHEREAS, by an order dated July 10, 2012, the Hicks Action was deemed related to the Lazar Actions, and has been assigned to the same judge as the Lazar Actions;

WHEREAS, on July 19, 2012, plaintiffs in the Hicks Action filed a motion to remand this action to San Mateo Superior Court, which is noticed for hearing on August 24, 2012, at 9:00 A.M., in which the Hicks Action plaintiffs substantially adopted the arguments set forth in the motions for remand filed in the Lazar Actions;

WHEREAS, defendants in the Hicks Action intend to re-notice the stay motion hearing in the Hicks Action to coincide with the remand motion hearing in the Hicks Action;

WHEREAS, the Court is scheduled to hear oral argument on both the motions to remand and the motions to stay in the Lazar Actions on August 10, 2012, at 9:00 A.M.;

WHEREAS, the parties agree that the issues raised in the remand and stay motions filed in both the Lazar Actions and the Hicks Action are substantially the same;

WHEREAS, the parties agree that it would be redundant and a waste of judicial resources to brief these identical issues again in the Hicks Action;

WHEREAS, the parties agree that in the interest of efficiency, the disposition of the remand and stay motions in the Lazar Actions should be dispositive and dictate the outcome of the remand and stay motions in the Hicks Action.

NOW THEREFORE IT IS HEREBY STIPULATED THAT:

1. This Court's ruling and/or disposition on the pending remand and stay motions in the Lazar Actions shall be dispositive of the pending remand and stay motions in the Hicks Action.

2. There shall be no briefing of the remand and stay motions in the Hicks Action.

Dated:

*James F. Basile*

James F. Basile
Elizabeth L. Deeley
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Andrew B. Clubok
Brant W. Bishop, P.C.
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Richard D. Bernstein
Tariq Mundiya
Todd G. Cosenza
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019-6099
Telephone: (212) 728-8000
Facsimile: (212) 728-8111

*Counsel for Defendant Facebook, Inc.*

/s/ Neal A. Potischman

Neal A. Potischman
Samantha H. Knox
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, CA 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111

James P. Rouhandeh (*pro hac vice*)
Charles S. Duggan (*pro hac vice application forthcoming*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800

*Attorneys for Defendant Morgan Stanley & Co. LLC.*

Dated:

/s/ Raj Vasant Abhyanker

Raj Vasant Abhyanker
Kuscha Hatami Fard
RAJ ABHYANKER, PC
1580 W El Camino Real
Suite 13

Mountain View, CA 94040
650-965-8731
Fax: 650-989-2131
Email: raj@rajpatent.com

*Counsel for Plaintiffs*

## [PROPOSED] ORDER

It is on this __24th__ day of __July__, SO ORDERED.

IT IS FURTHER ORDERED that the August 24, 2012 hearing on the motion to remand and the motion to stay is VACATED.

_____
Maxine M. Chesney
United States District Judge