1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                         SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 11 KEVIN HICKS, LINH LUU and 135 additional Plaintiffs, Individually and on 12 Behalf of All Others Similarly Situated, | ) ) ) ) | Case No. 3:12-cv-03353 ~~RS~~ MMC |
| 13                  Plaintiffs, | ) ) | ~~[PROPOSED]~~ ORDER GRANTING APPLICATION FOR ADMISSION OF |
| 14         v. | ) ) | ATTORNEY *PRO HAC VICE* |
| 15 FACEBOOK, INC., et al., | ) ) | |
| 16                  Defendants. | ) ) | |

17

18    Charles S. Duggan, whose business address and telephone number is

19             Charles S. Duggan
              DAVIS POLK & WARDWELL LLP
20             450 Lexington Avenue
              New York, New York 10017
21             Telephone: (212) 450-4000

22 and who is an active member in good standing of the bar of the United States District Court for the

23 Southern District of New York, having applied in the above-entitled action for admission to

24 practice in the Northern District of California on a *pro hac vice* basis, representing Defendant

25 Morgan Stanley & Co. LLC.

26
27
28                                      1

[PROPOSED] ORDER GRANTING APPLICATION FOR
 ADMISSION OF ATTORNEY *PRO HAC VICE*
CASE NO. 3:12-cv-03353-RS

1    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
2 conditions of Civil L.R. 11-3.  All papers filed by the attorney must indicate appearance *pro hac*
3 *vice.*  Service of papers upon and communication with co-counsel designated in the application will
4 constitute notice to the party.  All future filings in this action are subject to the requirements
5 contained in General Order No. 45, *Electronic Case Filing.*

7 Dated:  July 26, 2012

                                        _____
                                        The Honorable Richard Seeborg
                                        United States District Judge
                                        MAXINE M. CHESNEY

                                        2
[PROPOSED] ORDER GRANTING APPLICATION FOR
 ADMISSION OF ATTORNEY *PRO HAC VICE*
CASE NO. 3:12-cv-03353-RS