1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KEVIN HICKS, LINH LUU and 135 additional Plaintiffs, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC., et al.,<br><br>Defendants. | Case No. 3:12-cv-03353 ~~RS~~ MMC<br><br>[~~PROPOSED~~] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Charles S. Duggan, whose business address and telephone number is

    Charles S. Duggan
    DAVIS POLK & WARDWELL LLP
    450 Lexington Avenue
    New York, New York 10017
    Telephone: (212) 450-4000

and who is an active member in good standing of the bar of the United States District Court for the Southern District of New York, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant Morgan Stanley & Co. LLC.

1    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
2 conditions of Civil L.R. 11-3.  All papers filed by the attorney must indicate appearance *pro hac*
3 *vice*.  Service of papers upon and communication with co-counsel designated in the application will
4 constitute notice to the party.  All future filings in this action are subject to the requirements
5 contained in General Order No. 45, *Electronic Case Filing*.

7 Dated:  July 26, 2012

9 ~~The Honorable Richard Seeborg~~
   United States District Judge
10    MAXINE M. CHESNEY

28    2

[PROPOSED] ORDER GRANTING APPLICATION FOR
 ADMISSION OF ATTORNEY *PRO HAC VICE*
CASE NO. 3:12-cv-03353-RS