1
2
3
4
5
6
7

8               UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

| | |
|---|---|
| 11  KEVIN HICKS, LINH LUU and 135 additional Plaintiffs, Individually and on Behalf of All Others Similarly Situated, ) ) ) ) | Case No. 3:12-cv-03353-MMC |
| 13             Plaintiffs, ) ) | [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| 14   v. ) ) | |
| 15  FACEBOOK, INC., et al., ) ) | |
| 16            Defendants. ) ) | |

17

18   Andrew Ditchfield, whose business address and telephone number is

19         Andrew Ditchfield
          DAVIS POLK & WARDWELL LLP
20        450 Lexington Avenue
          New York, New York 10017
21        Telephone: (212) 450-4000

22  and who is an active member in good standing of the bar of the United States District Court for the

23  Southern District of New York, having applied in the above-entitled action for admission to

24  practice in the Northern District of California on a *pro hac vice* basis, representing Defendant

25  Morgan Stanley & Co. LLC.

26       IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

27  conditions of Civil L.R. 11-3.  All papers filed by the attorney must indicate appearance *pro hac*

28                                              1

[PROPOSED] ORDER GRANTING APPLICATION FOR
 ADMISSION OF ATTORNEY *PRO HAC VICE*
CASE NO. 3:12-cv-03353-MMC

1  *vice*.  Service of papers upon and communication with co-counsel designated in the application will
2  constitute notice to the party.  All future filings in this action are subject to the requirements
3  contained in General Order No. 45, *Electronic Case Filing*.

4

5  Dated: July 26, 2012

6  _____
7  The Honorable Maxine M. Chesney
   United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

[PROPOSED] ORDER GRANTING APPLICATION FOR
ADMISSION OF ATTORNEY *PRO HAC VICE*
CASE NO. 3:12-cv-03353-MMC